# FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0517



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0517

JRN HHOLDINGS, LLC, A LIMITED
LIABILITY COMPANY,

        Plaintiff & Appellant,

    v.

DEARBORN MEADOWS LAND
OWNERS ASSOCIATION, INC., A
MONTANA NONPROFIT
CORPORATION, ITS PRESIDENT, JIM
BECK, ITS VICE PRESIDENT, PAT
RACICOT, ITS REPRESENTATIVE OF
RECORD, ART POWELL, AND DOES 1
- 100, CONSISTING OF ALL OTHERS
WHO CLAIM A NON-CONSENSUAL
RIGHT OF ACCESS ACROSS
PAINTIFF'S REAL PROPERTY,

        Defendants & Appellees.

                       SECOND
    ORDER OF MEDIATOR APPOINTMENT

       Thomas Marra, the mediator previously appointed in this matter, has declined the appointment due to a conflict of interest. Accordingly, Thomas Marra's order of mediator appointment is hereby rescinded and

       IT IS ORDERED THAT **Gary Michael Barer,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

       IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

       A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

       DATED this November 17, 2020.

/S/ Bowen Greenwood
Bowen Greenwood, Clerk of the Supreme Court

c:      David B. Gallik, Anne Elizabeth Sherwood, Frederick F. Sherwood